**LAW OFFICES OF JESSE L. B. HILL**
780 West Tefft Street Nipomo, CA 93444
Telephone 805/748-8308 Fax 805/544-5533
JLBHill@aol.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JONES, an individual; ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> METROPOLITAN LIFE INSURANCE ) <br> COMPANY; and DOES 1 - 20, inclusive: ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-CV-00511-WSB-KJ <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

    IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety without prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

    IT IS SO ORDERED.

Dated:   July 13, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE